# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ANDRES DIAZ MARTINEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, Warden of the California City Detention Facility,

Respondent.

No. 1:25-cv-1826-TLN-CKD

ORDER FOR

IMMEDIATE RELEASE

Petitioner, an Immigration and Customs Enforcement Agency ("ICE") detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party has filed objections to the findings and recommendations, and the time to do so has elapsed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2026 (ECF No. 14), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondent shall release Petitioner immediately, and Respondent and ICE are enjoined and restrained from re-arresting Petitioner, re-detaining Petitioner, or imposing additional restrictions on his term of release unless Petitioner is provided with (1) seven days written notice before a pre-deprivation bond hearing and (2) it is demonstrated, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that materially changed circumstances demonstrate Petitioner is a flight risk or danger to the community such that his physical custody is legally justified. At any such hearing, Petitioner shall be allowed to have counsel present.

4. By January 29, 2026, Respondent must file a notice certifying compliance with this order.

Date: January 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE